UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LUIS LEDEZMA,

        Plaintiff,

v.

SAHIN ACKA, et al.,

        Defendants.

Case No. 18-cv-03474-TSH

**ORDER TO SHOW CAUSE**

This matter is currently scheduled for a Case Management Conference on September 20, 2018. However, there is no indication that Plaintiff Luis Ledezma served any of the named defendants. Federal Rule of Civil Procedure 4 provides: "If a defendant is not served within 90 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(l). Accordingly, the Court **VACATES** the September 20, 2018 Case Management Conference and **ORDERS** Plaintiff to show cause, in writing and no later than September 27, 2018, why this case should not be dismissed for failure to serve within the time required by Rule 4(l). <u>Notice is hereby provided that failure to file a written response will be deemed an admission that Plaintiff does not intend to prosecute, and the case will be dismissed without prejudice.</u> Thus, it is imperative that the Court receive a written response by the deadline above. No chambers copy is required.

    **IT IS SO ORDERED.**

Dated: September 17, 2018

_____
THOMAS S. HIXSON
United States Magistrate Judge